UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDDIE LEE VARNADO,

                Plaintiff,

-vs-                                      Case No. 6:05-cv-1768-Orl-28DAB

MANAGER OF CEDAR COVE
APARTMENT COMPLEX, MARIO
JENKINS, KERI SAUVAGE,

                Defendants.
_____

## ORDER

This case is before the Court on Defendant Keri Sauvage Mercer's Motion for Summary Judgment (Doc. No. 17) filed April 3, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and considering the objection filed (Doc. No. 29), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed May 4, 2006 (Doc. No. 25) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Defendant Keri Sauvage Mercer's Motion for Summary Judgment (Doc. No. 17) is **GRANTED**. Because Plaintiff has failed to serve either of the two co-defendants, this case is dismissed as to all defendants. Following entry of judgment, the Clerk of Court shall close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this ___12___ day of June, 2006.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party