# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**EDDIE LEE VARNADO,**

        **Plaintiff,**

-vs-                             **Case No. 6:05-cv-1768-Orl-28DAB**

**MANAGER OF CEDAR COVE APARTMENT COMPLEX, MARIO JENKINS, KERI SAUVAGE,**

        **Defendants.**

___

## ORDER

This case is before the Court on Motion For Leave To Appeal In Forma Pauperis (Doc. No. 36) filed July 31, 2006. The United States Magistrate Judge has submitted a report recommending that the motion be denied.

After an independent *de novo* review of the record in this matter, and consideration of the objection filed (Doc. 38), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. That the Report and Recommendation filed August 4, 2006 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Motion For Leave To Appeal In Forma Pauperis (Doc. 36) is **DENIED.**

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __24__ day of August, 2006.

                                                                                    _____
                                                                                    JOHN ANTOON II
                                                                                    United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party